IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION


RAMON M. TORRES,                        :
                                        :
      Petitioner,                       :
                                        :
vs.                                     :      CIVIL ACTION 06-0464-WS-M
                                        :
WARDEN BILL BATEMAN, et al.,            :
                                        :
      Respondents.                      :


JUDGMENT


      It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and

is hereby **DISMISSED** without prejudice.

      **DONE** and **ORDERED** this 19th day of October, 2006.



                              s/WILLIAM H. STEELE
      _____
                              UNITED STATES DISTRICT JUDGE